**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

DESOTO HOSPITAL ASSOCIATION                    CIVIL ACTION NO. 08-0623

VERSUS                                                          JUDGE S. MAURICE HICKS, JR.

CARDINAL HEALTH 109, INC.,                          MAGISTRATE JUDGE HORNSBY
ET AL.

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand (Record Document 12) is **GRANTED** and the case is remanded to the 11th Judicial District Court, DeSoto Parish, Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff's alternative request to amend is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 27th day of August, 2008.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE